RECEIVED

APR 1 3 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**HAYWARD DEAN**                                    **CASE NO.  1:17-CV-00543**

**VERSUS**                                          **JUDGE DRELL**

**AKAL SECURITY INC**                               **MAGISTRATE JUDGE PEREZ-MONTES**

---

## J U D G M E N T

For the reasons expressed in the court's memorandum ruling also issued this day, it is hereby

ORDERED that the motion for summary judgment filed by Defendant Akal Security, Inc. (Doc. 224) is GRANTED in full.  It is, therefore,

ORDERED, ADJUDGED and DECREED that all remaining claims against Plaintiffs for overtime compensation under the FLSA against Defendant Akal Security, Inc. are DENIED and DISMISSED with prejudice.

Considering the foregoing, any conferences, hearings or proceedings now set in this matter are CANCELLED.  Likewise, any additional pending motions are now MOOT.

THUS DONE AND SIGNED this _13__ day of April, 2020 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT