UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAYWARD DEAN & all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**AKAL SECURITY, INC.,**<br><br>Defendant. | CIVIL ACTION NO. 1:17-cv-00543<br><br>CHIEF JUDGE DRELL<br><br>MAGISTRATE JUDGE PEREZ-MONTES |

## SATISFACTION OF JUDGMENT

On April 13, 2020, a Judgment was entered by the Court granting the Motion for Summary Judgment filed by Defendant, Akal Security, Inc. ("Defendant") [D.E. 249]. On June 9, 2020, the Clerk's Office issued a Taxation of Costs, in favor of Defendant and against Plaintiffs, allowing Defendant to recover costs of $7,990.65 from Plaintiffs. [D.E. 255]. On June 22, 2021, the Fifth Circuit Court of Appeals entered Judgment affirming the district court's judgment in favor of Defendant.

Plaintiffs have paid the costs in full in connection with a settlement of all open matters. Accordingly, Defendant hereby acknowledges satisfaction of the judgment, and the Clerk of this Court is authorized and directed to note upon the docket sheet "Judgment Satisfied," regarding the Clerk's Taxation of Costs dated April 13, 2020, as provided in Local Rule 54.11.

*s/ Charles F. Seemann III*
Charles F. Seemann III, Esq. (#23933)
Charles.Seemann@JacksonLewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:   (504) 208-1755
Facsimile:   (504) 208-1759

Jenna Rinehart Rassif, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar Number: 56855

*Jenna.Rassif@JacksonLewis.com*
Valerie L. Hooker, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar Number: 113688
*Valerie.Hooker@JacksonLewis.com*
**JACKSON LEWIS P.C.**
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

Tony H. McGrath, Esq.
(*Admitted Pro Hac Vice*)
Wisconsin Bar Number: 1042806
*Tony.McGrath@JacksonLewis.com*
**JACKSON LEWIS P.C.**
1 South Pinckney Street, Suite 930
Madison, WI 53703
Telephone: (608) 729-5598

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*s/ Charles F. Seemann III*
Charles F. Seemann III

4872-7033-9360, v. 2